UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**vs.**                                          **CRIMINAL ACTION NO. 3:16CR-92-CRS**

**TURHAN KNIGHT**                                                      **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin (DN 15), the plea of guilty by the Defendant as to Count 1 in the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

Matter remains set for a Veterans Treatment Court Program Hearing on September 28, 2016, at 3:00 PM, before Magistrate Judge Colin H. Lindsay.

Dated: September 26, 2016

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:   Counsel of Record
      United States Probation